

SO ORDERED.

SIGNED this 29 day of July, 2019.

                     *James P. Smith*
                     **James P. Smith**
         **Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of:<br>MARGO ANGELA JIMENEZ,<br>       Debtor | : <br> : <br> : <br> : | Chapter 7<br>Case No. 19-30018-JPS |
| FIDELITY BANK,<br>       Plaintiff<br>vs.<br>MARGO ANGELA JIMENEZ,<br>       Defendant | : <br> : <br> : <br> : <br> : <br> : | Adversary Proceeding<br>No. 19-3009 |
| FIDELITY BANK,<br>       Plaintiff<br>vs.<br>DORIAN LOUIS JIMENEZ,<br>       Defendant | : <br> : <br> : <br> : <br> : <br> : | Adversary Proceeding<br>No. 19-3015 |
| FIDELITY BANK,<br>       Plaintiff<br>vs.<br>JASON ELLIOTT MORRIS and PATRICIA<br>WHITMORE MORRIS,<br>       Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary Proceeding<br>No. 19-3016 |

## ORDER CONSOLIDATING ADVERSARY PROCEEDINGS

It appearing to the Court that the above-styled adversary proceedings involve common questions of law and fact, it is

ORDERED that the above-styled adversary proceedings are consolidated pursuant to Bankruptcy Rule 7042 and, it is further

ORDERED that all matters filed in these adversary proceedings shall be filed under the styling as follows:

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| MARGO ANGELA JIMENEZ, | : | Case No. 19-30018-JPS |
| Debtor | : | |
| | : | |
| FIDELITY BANK, | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | Adversary Proceeding |
| MARGO ANGELA JIMENEZ, et al. | : | No. 19-3009, 19-3015 and 19-3016 |
| Defendants | : | (Consolidated) |

*END OF DOCUMENT*